FIRST DEPARTMENT, NOVEMBER, 1957■

(November 7, 1957)

■ THE PEOPLE OF THE STATE OF NEW YORK v. WESLEY WRIGHT — Motion dismissed. Concur — Rabin, J. P., Frank, Valente, McNally and Bergan, JJ.